**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-1484**

─────────

JERALD JAY ZEGER,

Plaintiff - Appellant,

versus

BOARD OF VISITORS, THE NAVAL ACADEMY; JOSEPH
SPINELLI; PETER FIRENZI; MICHAEL HOREAN; KERRY
TAYLOR; MONICA TOMASZEWSKI; LEAH SE LOS REYES;
LINDA-MD KIRILENKO; THE BOARD OF REGENTS,
UNIVERSITY OF MARYLAND,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
652-MJG)

─────────

Submitted: November 18, 2002      Decided: December 18, 2002

─────────

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jerald Jay Zeger, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerald Jay Zeger appeals the district court's order dismissing his civil rights complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Zeger v. Board of Visitors</u>, No. CA-02-652-MJG (D. Md. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2